IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Patricia Lynn Lahey, et al., | : |
| Plaintiff(s), | : |
| | : Case Number: 1:19cv620 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Bill Gates, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on August 5, 2019 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 19, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED based upon a lack of federal subject matter jurisdiction, because it is legally frivolous, and because it fails to state any claim against the defendant under state or federal law.

IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Judge Susan J. Dlott
                United States District Court